## CRIMINAL COURTROOM MINUTE SHEET
### PRELIMINARY / DETENTION HEARING

**DATE:** Jan 12, 2024  
**Start Time:** 10:35   **End Time:** 10:40  
**CASE:** M-24-26-AMG  
**COURTROOM:** 101

**MAGISTRATE JUDGE AMANDA MAXFIELD GREEN**          **COURTROOM DEPUTY RYAN BEAM**

**UNITED STATES OF AMERICA vs.** Logan Eugene Stapleton

Defendant States true and correct name as: _____   **AGE:** ___

**Government Cnsl:** Matt Anderson          **Defendant Cnsl:** Ed Blau          Court appointed

**U.S. Probation Officer:** Candice Jones

☒ Defendant Appears, custody of U.S. Marshal with Counsel          **Interpreter:** _____

☐ Defendant advised of his / her right of consular notification, _____

☐ Court inquires of Government regarding notification of victim(s) under Justice for All Act.

☒ Parties announce ready.   ☐ Parties provided with a _____

### PRELIMINARY HEARING

☒ Preliminary hearing waived. Waiver entered.

☐ Government introduces evidence with testimony of ___ witness(es) and rests.

☐ Defendant introduces evidence with testimony of ___ witness(es) and rests.

☐ Government ☐ Defendant rest(s) without introducing evidence.

☐ Government ☐ Defendant proffer(s) evidence and rests.

**WITNESSES**
1. _____
2. _____
3. _____

☐ The Court finds probable cause that an offense has been committed and that the defendant committed it. Defendant to be held for further proceedings in the District Court.

☐ The Court does not find probable cause that an offense has been committed. Defendant released.

### DETENTION HEARING

☐ Government and Defendant make opening statement.

☐ Government withdraws request for detention and recommends defendant be released on bond with conditions per release Order.

☐ Defendant waives/reserves right to detention hearing. Waiver/Reservation of detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.

☐ Defendant requests the detention hearing be postponed at this time reserving the right to request a hearing at a later date should dft's circumstances change. Defendant remanded to custody of U.S. Marshal.

☐ Government introduces evidence with testimony of ___ witness(es) and rests.

☐ Defendant introduces evidence with testimony of ___ witness(es) and rests.

☐ Government ☐ Defendant offer(s) no further evidence other than that presented for the Preliminary hearing.

☐ Government ☐ Defendant rest(s) without introducing evidence.

☐ Government ☐ Defendant proffer(s) evidence and rests.

☐ Government ☐ Defendant make(s) closing statements.

## The Court Orders:

☐ The Court finds good cause to exceed the 3 and 5 day time limits provided by the Bail Reform Act. A detention hearing will not be held at this time based upon Defendant's circumstances. Should defendant's circumstances change, a detention hearing will be promptly held upon request of either party.

☐ Defendant detained pending trial; Detention Order to be entered. Defendant remanded to custody of U.S. Marshal.

☐ Unsecured Bond set at _____ with conditions per Release Order.

☐ Defendant remanded to the custody of U.S. Marshal pending execution of bond.

☒ Defendant remanded to the custody of U.S. Marshal.